**Opinion filed March 31, 2011**



In The

# Eleventh Court of Appeals

_____

## No. 11-10-00345-CR

_____

**ADAM JOE FUENTES, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the 238th District Court**

**Midland County, Texas**

**Trial Court Cause No. CR34492**

### M E M O R A N D U M   O P I N I O N

Adam Joe Fuentes has filed in this court a motion to dismiss his appeal. Pursuant to TEX. R. APP. P. 42.2, the motion is signed by both appellant and his counsel.

The motion is granted, and the appeal is dismissed.

PER CURIAM

March 31, 2011

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.